THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PETER HESLIN, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued May 16, 1927; decided May 31, 1927.)

APPEAL from a judgment of the Court of General Sessions of the county of New York, rendered November 4, 1926, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Alexander I. Rorke, James M. Vincent* and *Frederick L. Kane* for appellant.

*Joab H. Banton, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.